**UNPUPLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1761

MONICA STITT,

Plaintiff - Appellant,

v.

U.S. DEPARTMENT OF EDUCATION,

Defendant – Appellee,

and

MERRILL COHEN,

Chapter 7 Trustee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:14-cv-00938-PJM)

Submitted: November 19, 2015       Decided:  November 23, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monica Stitt, Appellant Pro Se.  Thomas Harold Barnard, Jakarra Jenise Jones, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Stitt appeals from the district court's order upholding the bankruptcy court's determination that her student loan debt was not dischargeable in her bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we deny Stitt's motions for judicial notice and her motions to rescind the orders deferring consideration of her motions for judicial notice, and we affirm for the reasons stated by the district court. Stitt v. U.S. Dep't of Educ., No. 8:14-cv-00938-PJM (D. Md. filed June 9, 2015; entered June 16, 2015). We deny Stitt's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED